M. VAN SMITH, Bar No. 32007
1696 Mendenhall Drive
San Jose, California 95130
Telephone: 408.364.1062
Email: mvsmith@sbcglobal.net

Attorney for Plaintiff
JOHN PETTY


ARTHUR M. EIDELHOCH, Bar No. 168096
GALEN M. LICHTENSTEIN, Bar No. 251274
Littler Mendelson, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: aeidelhoch@littler.com
Email: glichtenstein@littler.com

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PETTY,<br><br>        Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | Case No. CV 11 5035<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>COMPLAINT FILED: October 12, 2011<br>TRIAL DATE: No date set. |

1  Plaintiff John Petty ("Plaintiff") and Defendant State Farm Mutual Automobile Insurance
2  Company ("Defendant"), by and through their respective counsel of record, hereby stipulate and
3  agree that Defendant's responsive pleading shall be filed on or before November 28, 2011.
4  This stipulation does not alter the date of any hearing or deadline set by the Court.

Dated: November 14, 2011             Respectfully submitted,

                                     /s/ M. Van Smith
                                     M. Van Smith
                                     Attorney for Plaintiff
                                     JOHN PETTY

Dated: November 14, 2011             Respectfully submitted,

                                     /s/ Arthur M. Eidelhoch
                                     Arthur M. Eidelhoch
                                     Galen M. Lichtenstein
                                     LITTLER MENDELSON, P.C.
                                     A Professional Corporation
                                     Attorneys for Defendant
                                     STATE FARM MUTUAL AUTOMOBILE
                                     INSURANCE COMPANY

Firmwide:105092226.1 021168.1102

Dated: Nov. 15, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE: EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING                    2.                    Case No. CV 11 5035