M. VAN SMITH, Bar No. 32007
1696 Mendenhall Drive
San Jose, California 95130
Telephone: 408.364.1062
Email: mvsmith@sbcglobal.net

Attorney for Plaintiff
JOHN PETTY

ARTHUR M. EIDELHOCH, Bar No. 168096
GALEN M. LICHTENSTEIN, Bar No. 251274
Littler Mendelson, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: aeidelhoch@littler.com
Email: glichtenstein@littler.com

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PETTY,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY, a foreign corporation,<br><br>          Defendant. | Case No. CV 11 5035<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>COMPLAINT FILED: October 12, 2011<br>TRIAL DATE: No date set. |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE: EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING

Case No. CV 11 5035

Plaintiff John Petty ("Plaintiff") and Defendant State Farm Mutual Automobile Insurance Company ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant's responsive pleading shall be filed on or before November 28, 2011.

This stipulation does not alter the date of any hearing or deadline set by the Court.

Dated: November 14, 2011                Respectfully submitted,

                                        /s/ M. Van Smith
                                        M. Van Smith
                                        Attorney for Plaintiff
                                        JOHN PETTY

Dated: November 14, 2011                Respectfully submitted,

                                        /s/ Arthur M. Eidelhoch
                                        Arthur M. Eidelhoch
                                        Galen M. Lichtenstein
                                        LITTLER MENDELSON, P.C.
                                        A Professional Corporation
                                        Attorneys for Defendant
                                        STATE FARM MUTUAL AUTOMOBILE
                                        INSURANCE COMPANY

Firmwide:105092226.1 021168.1102

Dated: Nov. 15, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING    2.    Case No. CV 11 5035

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940