Littler Mendelson, P.C.
ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
GALEN M. LICHTENSTEIN, Bar No. 251274
glichtenstein@littler.com
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

M. VAN SMITH, Bar No. 32007
1696 Mendenhall Drive
San Jose, California 95130
Telephone: 408.364.1062
mvsmith@sbcglobal.net

Attorney for Plaintiff
JOHN PETTY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PETTY,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>          Defendant. | Case No. CV 11 5035 JCS<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Honorable Joseph C. Spero<br><br>COMPLAINT FILED: October 12, 2011<br>TRIAL DATE: No date set. |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER

Case No. CV 11 5035 JCS

## STIPULATION

To enable the Parties to continue productive discussions focused on the resolution of this matter, the Parties, as represented by their respective counsel of record, hereby STIPULATE, AGREE and REQUEST AN ORDER to continue the Initial Case Management Conference (which is currently set for February 3, 2012 at 1:30 p.m.) to March 30, 2012 at 1:30 p.m. in Courtroom G, or to a date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: February 2, 2012

By: */s/ M. Van Smith*
M. VAN SMITH
Attorney for Plaintiff
JOHN PETTY

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

Dated: February 2, 2012

By: */s/ Arthur M. Eidelhoch*
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## ORDER

Having considered the Stipulation of the Parties and GOOD CAUSE appearing, the Court hereby continues the Initial Case Management Conference from February 3, 2012 at 1:30 p.m. to March 30, 2012 at 1:30 p.m. in Courtroom G.

IT IS SO ORDERED.

Dated: Feb. 6, 2012

Honorable Judge Joseph C. Spero

Firmwide:109132093.1 021168.1102

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER

1.

Case No. CV 11 5035 JCS