1  Littler Mendelson, P.C.
   ARTHUR M. EIDELHOCH, Bar No. 168096
2  aeidelhoch@littler.com
   GALEN M. LICHTENSTEIN, Bar No. 251274
3  glichtenstein@littler.com
   650 California Street
4  20th Floor
   San Francisco, California 94108.2693
5  Telephone: 415.433.1940
   Facsimile: 415.399.8490
6
   Attorneys for Defendant
7  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY
8
   M. VAN SMITH, Bar No. 32007
9  1696 Mendenhall Drive
   San Jose, California 95130
10 Telephone: 408.364.1062
   mvsmith@sbcglobal.net
11
   Attorney for Plaintiff
12 JOHN PETTY

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17
   JOHN PETTY,                         Case No. CV 11 5035 JCS
18
              Plaintiff,                **STIPULATION TO CONTINUE INITIAL
19                                      CASE MANAGEMENT CONFERENCE
   v.                                   AND ORDER**
20
   STATE FARM MUTUAL                    Honorable Joseph C. Spero
21 AUTOMOBILE INSURANCE
   COMPANY, a foreign corporation,      COMPLAINT FILED: October 12, 2011
22                                      TRIAL DATE: No date set.
              Defendant.
23

24
25
26
27
28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE AND ORDER            Case No. CV 11 5035 JCS

**STIPULATION**

To enable the Parties to continue productive discussions focused on the resolution of this matter, the Parties, as represented by their respective counsel of record, hereby STIPULATE, AGREE and REQUEST AN ORDER to continue the Initial Case Management Conference (which is currently set for February 3, 2012 at 1:30 p.m.) to March 30, 2012 at 1:30 p.m. in Courtroom G, or to a date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: February 2, 2012

By: */s/ M. Van Smith*
M. VAN SMITH
Attorney for Plaintiff
JOHN PETTY

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

Dated: February 2, 2012

By: */s/ Arthur M. Eidelhoch*
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**ORDER**

Having considered the Stipulation of the Parties and GOOD CAUSE appearing, the Court hereby continues the Initial Case Management Conference from February 3, 2012 at 1:30 p.m. to March 30, 2012 at 1:30 p.m. in Courtroom G.

IT IS SO ORDERED.

Dated: Feb. 6, 2012

Honorable [signature: Judge Joseph C. Spero]

Firmwide:109132093.1 021168.1102

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER     1.     Case No. CV 11 5035 JCS