| | |
|---|---|
| 1 | LITTLER MENDELSON, P.C. |
|   | ARTHUR M. EIDELHOCH, Bar No. 168096 |
| 2 | aeidelhoch@littler.com |
|   | GALEN M. LICHTENSTEIN, Bar No. 251274 |
| 3 | glichtenstein@littler.com |
|   | 650 California Street |
| 4 | 20th Floor |
|   | San Francisco, California 94108.2693 |
| 5 | Telephone: 415.433.1940 |
|   | Facsimile: 415.399.8490 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | STATE FARM MUTUAL AUTOMOBILE |
|   | INSURANCE COMPANY |
| 8 | |
|   | M. VAN SMITH, Bar No. 32007 |
| 9 | 1696 Mendenhall Drive |
|   | San Jose, California 95130 |
| 10 | Telephone: 408.364.1062 |
|    | mvsmith@sbcglobal.net |
| 11 | |
|    | Attorney for Plaintiff |
| 12 | JOHN PETTY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PETTY, | Case No. CV 11 5035 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY PURSUANT TO FRCP 41(a)(1)(A)(ii); [PROPOSED] ORDER** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | Honorable Joseph C. Spero |
| | COMPLAINT FILED: October 12, 2011 |
| | TRIAL DATE: No date set. |

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Case No. CV 11 5035 JCS

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff John Petty and Defendant State Farm Mutual Automobile Insurance Company, through their designated counsel of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant has not filed a counterclaim. Each side shall bear his/its own costs and attorneys' fees.

**IT IS SO STIPULATED.**                       Respectfully submitted,

Dated: February 29, 2012

By: _____
M. VAN SMITH
Attorney for Plaintiff
JOHN PETTY

Dated: ~~February~~ March 26, 2012

By: _____
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this STIPULATED DISMISSAL is entered in this Action, and this Action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
Honorable Joseph C. Spero

Firmwide:109215717.1 021168.1102

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER    1.    Case No. CV 11 5035 JCS

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940