1  LITTLER MENDELSON, P.C.
   ARTHUR M. EIDELHOCH, Bar No. 168096
2  aeidelhoch@littler.com
   GALEN M. LICHTENSTEIN, Bar No. 251274
3  glichtenstein@littler.com
   650 California Street
4  20th Floor
   San Francisco, California 94108.2693
5  Telephone: 415.433.1940
   Facsimile: 415.399.8490
6
   Attorneys for Defendant
7  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY
8
   M. VAN SMITH, Bar No. 32007
9  1696 Mendenhall Drive
   San Jose, California 95130
10 Telephone: 408.364.1062
   mvsmith@sbcglobal.net
11
   Attorney for Plaintiff
12 JOHN PETTY

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17 JOHN PETTY,                           Case No. CV 11 5035 JCS
18             Plaintiff,                **STIPULATION OF DISMISSAL WITH
                                         PREJUDICE OF CLAIMS AGAINST
19   v.                                  DEFENDANT STATE FARM MUTUAL
                                         AUTOMOBILE INSURANCE COMPANY
20 STATE FARM MUTUAL                     PURSUANT TO FRCP 41(a)(1)(A)(ii);
   AUTOMOBILE INSURANCE                  [PROPOSED] ORDER**
21 COMPANY, a foreign corporation,
                                         Honorable Joseph C. Spero
22             Defendant.
                                         COMPLAINT FILED: October 12, 2011
23                                       TRIAL DATE: No date set.
24
25
26
27
28

STIPULATION OF DISMISSAL WITH PREJUDICE;    Case No. CV 11 5035 JCS
[PROPOSED] ORDER

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff John Petty and Defendant State Farm Mutual Automobile Insurance Company, through their designated counsel of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant has not filed a counterclaim. Each side shall bear his/its own costs and attorneys' fees.

**IT IS SO STIPULATED.**                    Respectfully submitted,

Dated: February 29, 2012

By: _M. VAN SMITH_
M. VAN SMITH
Attorney for Plaintiff
JOHN PETTY

Dated: ~~February~~ March 26, 2012

By: _ARTHUR M. EIDELHOCH_
ARTHUR M. EIDELHOCH
GALEN M. LICHTENSTEIN
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this STIPULATED DISMISSAL is entered in this Action, and this Action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 27, 2012

Honorable Judge Joseph C. Spero

Firmwide:109215717.1 021168.1102

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER            1.            Case No. CV 11 5035 JCS