LITTLER MENDELSON, P.C.
ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
GALEN M. LICHTENSTEIN, Bar No. 251274
glichtenstein@littler.com
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

M. VAN SMITH, Bar No. 32007
1696 Mendenhall Drive
San Jose, California 95130
Telephone:   408.364.1062
mvsmith@sbcglobal.net

Attorney for Plaintiff
JOHN PETTY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PETTY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　Defendant. | Case No.  CV 11 5035 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY PURSUANT TO FRCP 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>Honorable Joseph C. Spero<br><br>COMPLAINT FILED:  October 12, 2011<br>TRIAL DATE:  No date set. |

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Case No. CV 11 5035 JCS

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff John Petty and Defendant State Farm Mutual Automobile Insurance Company, through their designated counsel of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant has not filed a counterclaim. Each side shall bear his/its own costs and attorneys' fees.

**IT IS SO STIPULATED.**                    Respectfully submitted,

Dated: February 29, 2012                   By: /s/ M. Van Smith
                                           M. VAN SMITH
                                           Attorney for Plaintiff
                                           JOHN PETTY

Dated: ~~February~~ March 26, 2012         By: /s/ Arthur M. Eidelhoch
                                           ARTHUR M. EIDELHOCH
                                           GALEN M. LICHTENSTEIN
                                           LITTLER MENDELSON, P.C.
                                           A Professional Corporation
                                           Attorneys for Defendant
                                           STATE FARM MUTUAL AUTOMOBILE
                                           INSURANCE COMPANY

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this STIPULATED DISMISSAL is entered in this Action, and this Action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 27, 2012                      Honorable Judge Joseph C. Spero

Firmwide:109215717.1 021168.1102

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER    1.    Case No. CV 11 5035 JCS

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940